FILED
6/25/2015 4:38:37 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00398-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/1/2015 2:49:26 PM
KEITH HOTTLE
CLERK

04-15-00398-CV

CAUSE NO. 2015-CI-06197

| | | |
|---|---|---|
| THE GWSPI COMPANY LLC AS SUCCESSOR IN INTEREST TO WILMINGTON TRUST, NA, TRUSTEE OF THE JEFFREY P. BLANCHARD 2013 FAMILY TRUST, | § § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | BEXAR COUNTY, TEXAS |
| v. | § § | |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST and CAROLINE BUSWELL, | § § § § § | |
| Defendants. | § | 224th JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/1/2015 2:49:26 PM

KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Pursuant to Tex. R. App. Proc. 25.1, Defendant Caroline Buswell ("Buswell") gives notice that she desires to appeal the Order denying her Special Appearance signed on June 8, 2015, in *The GWSPI Company LLC as Successor in Interest to Wilmington Trust, NA, Trustee of the Jeffrey P. Blanchard 2013 Family Trust v. Life Insurance Company of the Southwest and Caroline Buswell*, Cause No. 2015-CI-06197, pending in the 224th Judicial District Court, Bexar County, Texas. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas. This is an accelerated appeal pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(8).

Respectfully Submitted,


By:  */s/ Lance V. Clack*
     Andrew G. Jubinsky
     Texas Bar No. 11043000
     andy.jubinsky@figdav.com
     Lance V. Clack
     Texas Bar No. 24040694
     lance.clack@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
LIFE INSURANCE COMPANY OF
THE SOUTHWEST and CAROLINE
BUSWELL


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served via E-Service on the parties listed below on June 25, 2015.

J. Steve Mostyn
jsmdocketefile@mostynlaw.com
Caroline L. Maida
clmaida@mostynlaw.com
THE MOSTYN LAW FIRM
3810 West Alabama St.
Houston, Texas 77027

        */s/ Lance V. Clack*
        Lance V. Clack